IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

GUSTAVO AYALA & NILSA AYALA,

            Plaintiffs,

    v.

ASSURED LENDING CORPORATION,
et al.,

            Defendants.

HON. JEROME B. SIMANDLE

Civil No. 09-3958 (JBS/KMW)

**ORDER**

This matter having come before the Court upon Defendant Countrywide Home Loans, Inc.'s summary judgment motion [Docket Item 24]; Defendants Bahaa Batros and The Prudential Insurance Company of America's summary judgment motion [Docket Item 25]; and Plaintiffs' summary judgment motion on their claims against Home Site Insurance Company [Docket Item 26]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this   **27th**   day of **June, 2011** hereby

ORDERED that Countrywide's motion for summary judgment [Docket Item 24] is **GRANTED IN PART** as to Counts I, II, VI, that part of Count XV dealing with negligence, and as to its counterclaim for entry of judgment against Plaintiffs in the amount of $61,628.02, and is **OTHERWISE DENIED IN PART**; and it is further

ORDERED that Defendants Bahaa Batros and The Prudential Insurance Company of America's summary judgment motion [Docket Item 25] is **DENIED**; and it is further

ORDERED that Plaintiffs' summary judgment motion on their claims against Home Site Insurance Company [Docket Item 26] is **DENIED**; and it is further

ORDERED that if Home Site intends to seal Exhibits A and B to its opposition to Plaintiffs' motion for summary judgment, Home Site must submit a motion pursuant to Local Civil Rule 5.3 within fourteen (14) days of this Order.  If no motion is received, the exhibits will be unsealed.


                                   **s/ Jerome B. Simandle**
                                   JEROME B. SIMANDLE
                                   United States District Judge